```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

AO 442 (Rev. 11/11) Arrest Warrant                    SG   DEC 09 2015

```
                    AT SEATTLE
           CLERK U.S. DISTRICT COURT
BY         WESTERN DISTRICT OF WASHINGTON
                                  DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>SCHUYLER PYATTE BARBEAU<br><br>Defendant | ) ) ) ) ) ) ) Case No. MJ15-542 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  SCHUYLER PYATTE BARBEAU,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm, in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(3)

Date:  2 December 2015

_____
*Issuing officer's signature*

City and state:  Seattle, Washington

James P. Donohue, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 12/5/15, and the person was arrested on (date) 12/6/15
at (city and state) _____

Date: 12/7/15

_____
*Arresting officer's signature*

RANDLL BENNETT
*Printed name and title*