Magistrate Judge Brian A. Tsuchida

_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

**DEC 14 2015**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. MJ15-542<br><br>AMENDED MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. 3156).

☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐ Crime with a maximum sentence of life imprisonment or death.

☐ Drug offense with a maximum sentence of ten years or more.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐    Felony offense involving a minor victim other than a crime of violence.

☒    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒    Serious risk the defendant will flee.

☐    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.    **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒    Defendant's appearance as required.

☒    Safety of any other person and the community.

3.    **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☐    Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐    Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐      Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.      **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☒      At the initial appearance

☐      After a continuance of ___ day (not more than 3)


DATED this 14th day of December, 2015.


Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


_____
THOMAS M. WOODS
Assistant United States Attorney

MOTION FOR DETENTION - 3
U.S. v. BARBEAU/MJ15-542