UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>            Defendant. | Case No. 15-542 JPD<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered evidence from law enforcement investigation that establishes defendant is a danger to the community and flight risk. Defendant is charged in California with a misdemeanor and there is a warrant for his arrest. Although defendant knew about the arrest warrant, he has made no effort to address the matter. Rather, according to the government, defendant has indicated he was going to remove the judge in the California case. The government also indicated that they had recordings of defendant making statements that he would shoot to kill law enforcement who sought to arrest him, and that he would not go to court

DETENTION ORDER - 1

without firearms.  The government contended that Defendant indicated that the Oklahoma Bomber, Timothy McVey, was a hero, and that defendant has hidden explosive blasting caps and detonators.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 14th day of December, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2