Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 16, 2015

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | CR15-391-RAJ<br><br>INDICTMENT |

The Grand Jury charges that:

### COUNT 1
**(Possession of an Unregistered Firearm)**

On or about November 22, 2015, in Snohomish County, within the Western District of Washington, SCHUYLER PYATTE BARBEAU knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record, as required by law, namely, a particular black, semiautomatic AR-15 5.56mm caliber assault rifle with a 10.5 inch barrel and holographic sight, a rifle having a barrel of less than 16 inches in length.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(3).

//
//

INDICTMENT/BARBEAU et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of the Indictment, SCHUYLER PYATTE BARBEAU shall forfeit to the United States, pursuant to Title 26, United States Code, 5872(a), any firearms involved in the commission of the offense, that is, the firearm identified in Count 1 of the Indictment.

A TRUE BILL: 16 Dec, 2015

DATED:

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney