# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHUYLER PYATTE BARBEAU,

    Defendant.

CASE NO. CR15-391-RAJ

ORDER CONTINUING DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 16th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE