Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS<br><br>Noted:  January 8, 2015 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits this reply in support of motion for protective order regarding discovery materials.

The parties now appear to be in agreement.  The government agrees with the defendant's proposal in his response to provide a redacted version of the discovery that can be kept by Barbeau at the FDC SeaTac.  In addition, the parties have conferred, and the attached, amended proposed protective order reflects the parties' agreement as to the form of the order.

Reply in Support of Motion for Protective Order
U.S. v. Barbeau, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED: January 6, 2016 |
| 2 | Respectfully submitted, |
| 3 | ANNETTE L. HAYES |
| 4 | United States Attorney |
| 5 | |
| 6 | */s/ Thomas M. Woods* |
|   | THOMAS M. WOODS |
| 7 | Assistant United States Attorney |
| 8 | United States Attorney's Office |
|   | 700 Stewart Street, Suite 5220 |
| 9 | Seattle, Washington 98101-1271 |
| 10 | Telephone: (206) 553-7970 |
|   | Fax: (206) 553-0755 |
| 11 | E-mail: thomas.woods2@usdoj.gov |

Reply in Support of Motion for Protective Order
U.S. v. Barbeau, CR15-391RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on January 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

*/s/ Thomas M. Woods*
THOMAS M. WOODS
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: thomas.woods2@usdoj.gov

Reply in Support of Motion for Protective Order
U.S. v. Barbeau, CR15-391RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970