Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SCHUYLER PYATTE BARBEAU, <br><br> Defendant. | NO. CR15-391RAJ <br><br> GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE TRIAL <br><br> Noted: January 7, 2016 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits this response to Barbeau's motion to continue the trial.

The government does not oppose Barbeau's request for a continuance. As set forth in the motion, there are compelling grounds why Barbeau would not be ready by the current trial date, including, most notably, the potential change in counsel and his access to the discovery materials. With that said, the government believes a shorter continuance until May 2, 2016, is appropriate. The issues presented in this case are not complicated—Barbeau had in his possession a short-barreled rifle that also operated as a machine gun. Barbeau admitted to possessing the firearm, he was captured on recordings talking about

Response to Motion to Continue Trial
U.S. v. Barbeau, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  his possession of the firearm, and there are pictures of him holding the firearm.  In sum,
2  the defense should be able to be ready to try the case by May 2, 2016.
3       DATED:  January 7, 2016
4                                      Respectfully submitted,
5                                      ANNETTE L. HAYES
6                                      United States Attorney
7
8                                      */s/ Thomas M. Woods*
9                                      THOMAS M. WOODS
10                                     Assistant United States Attorney
                                    United States Attorney's Office
11                                     700 Stewart Street, Suite 5220
12                                     Seattle, Washington 98101-1271
                                    Telephone:  (206) 553-7970
13                                     Fax:   (206) 553-0755
                                    E-mail: thomas.woods2@usdoj.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Response to Motion to Continue Trial
U.S. v. Barbeau, CR15-391RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on January 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: thomas.woods2@usdoj.gov

Response to Motion to Continue Trial
U.S. v. Barbeau, CR15-391RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970