Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SCHUYLER PYATTE BARBEAU, <br><br> Defendant. | NO. CR15-391RAJ <br><br> PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS |

This matter came before the Court on the government's Motion for Protective Order.  The Court finds that good cause has been shown and orders as follows:

1. This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above captioned case that references the confidential source or the identities of any law enforcement agents (hereafter the "Protected Material").

2. The United States will make available copies of discovery materials to defense counsel to comply with the government's discovery obligations.  Possession of copies of the Protected Material is limited to the defendant, attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record, (hereinafter collectively referred to as members of the defense team).

Protective Order Regarding Discovery Materials
U.S. v. Barbeau, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The attorneys of record and members of the defense team may display and review the Protected Material with the defendant, but may not leave any Protected Material with him.  The government will provide a redacted version of the discovery materials to the defense team, which may be left with the defendant at FDC SeaTac.  The defendant, however, agrees not to provide the redacted version of the discovery to anyone outside of the defense team.

4. The defendant, attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.

5. The Defendant may petition the Court to request modification or termination of the Protective Order upon further review of the Protected Materials.

6. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

7. Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

8. The provisions of this Order shall not terminate at the conclusion of this prosecution.

9. Any violation of any term or condition of this Order by the Defendant, his attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt

Protective Order Regarding Discovery Materials
U.S. v. Barbeau, CR15-391RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 of court, and/or may be subject to monetary or other sanctions as deemed appropriate by
2 this Court.
3     10.    If the Defendant violates any term or condition of this Order, the United
4 States reserves its right to seek a sentencing enhancement for obstruction of justice, or to
5 file any criminal charges relating to the Defendant's violation.
6     DATED this 8th day of January, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Protective Order Regarding Discovery Materials
U.S. v. Barbeau, CR15-391RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970