## DECLARATION OF ALLEN AENK

I, ALLEN AENK, declare under oath:

1. I have first-hand, personal knowledge of the facts set forth in this Declaration, and if called and sworn as a witness, I would testify competently to them.

2. Corporal Derrik Gregg of the Grant County Sheriff's Office threatened my wife, Carrie Aenk, (hereinafter, Carrie) with bodily harm if she did not give his friend 33 ton of hay. Carrie refused to comply with his demand.

3. In February, 2014, Carrie was illegally arrested and charged for stealing 33 ton of hay, a crime proven that she did not commit, in the county of her residence, wherein is Stevens County, Washington, by Corporal Gregg from Grant County, Washington.

4. In February, 2014, Corporal Gregg from Grant County Sheriff's Office, stole 33 ton of hay from my ranch and gave it to his friend to sell, under the guise of a Search Warrant.

5. On or about March 20, 2014, a message from a person named Jennifer Jacobson messaged Carrie through Craigslist email indicating that Carrie will die a slow death if she didn't plead guilty the charge in Grant County.

6. On or about June 4, 2014, at 8:35 p.m., a telephone call came from a restricted caller. The man's voice was clear: "You will plead guilty or you will die."

7. On or about August 14, 2014, at 11:00 p.m., a text message came through to my telephone from telephone number (509) 279-5487. The message reads: "You fuck your mother in the ass yet?"

8. On or about August 14, 2014, at 11:52 p.m., a telephone call came from the same number as in number 5. The female voice said: "You will plead guilty or you will die."

---

DECLARATION OF ALLEN AENK 1 of 2 pages

**EXHIBIT 2**

9. On or about August 20, 2014, at 8:35 p.m., a telephone call came from an "unavailable" number. The male voice said: "Plead guilty or you die." Carrie contacted her attorney and was advised to call the Stevens County Sheriff's Office to report the threats. (photos of the text messages and the call log).

10. At about 2:35 p.m. on August 21, 2015, Corporal Reed from the Stevens County Sheriff's Office telephonically contacted Carrie. He advised that he would document the calls but there was nothing he could do about them.

11. On or about February 23, 2015, Superior Court in Grant County, dismissed the charge of theft as "the ends of justice not warranting further proceedings in this matter..."

12. On or about September, 2015, Carrie spoke with her attorney in my presence about threats and/or completion of threats if she were to file a civil lawsuit against Grant County. Carrie's attorney advised that if we were afraid that somebody would follow through with their threats, mainly, Corporal Gregg and his friends, then we should seriously consider hiring personal protection.

13. On or about late September, 2015, Carrie and I discussed hiring personal protection with Schuyler Barbeau, what the attorney had suggested for us to do, and what his opinion of the matter would be. Apprising him of the threats, the illegal arrest and stolen hay, and the civil lawsuit and since Mr. Barbeau has experience in personal protection, he volunteered for the challenge.

14. On or about November 23, 2015, Carrie and I, accompanied by Mr. Barbeau, filed a civil lawsuit against Grant County in damages exceeding over 8 (eight) million dollars.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and executed this 5th day of January, 2016 at Springdale, Washington.

_____
Allen Aenk

**EXHIBIT 2**

DECLARATION OF ALLEN AENK 2 of 2 Pages.