Judge Jones

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 25, 2016
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-391RAJ |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | |
| SCHUYLER PYATTE BARBEAU, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1
**(Possession of an Unregistered Firearm)**

On or about November 22, 2015, in Snohomish County, within the Western District of Washington, SCHUYLER PYATTE BARBEAU knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record, as required by law, namely, a particular black, fully-automatic AR-15 5.56mm caliber assault rifle with a 10.5 inch barrel, a holographic sight, and a drop-in auto sear, a rifle having a barrel of less than 16 inches in length and a fully automatic

//
//

1  machinegun.
2      All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(3)
3  and (6).

## COUNT 2
### (Possession of a Machinegun)

On or about November 22, 2015, in Snohomish County, within the Western District of Washington, SCHUYLER PYATTE BARBEAU did knowingly possess and transfer a machinegun, that is, a particular black, fully-automatic AR-15 5.56mm caliber assault rifle with a 10.5 inch barrel, a holographic sight, and a drop-in auto sear.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in the Superseding Indictment,

1  SCHUYLER PYATTE BARBEAU shall forfeit to the United States any firearms
2  involved in the commission of the offense, that is, the firearm identified in Counts 1 and
3  2 of the Superseding Indictment.

A TRUE BILL:

DATED: 2-25-2016

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney