Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-391RAJ |
| Plaintiff, | |
| v. | ORDER PERMITTING WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| SCHUYLER P. BARBEAU, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Declaration of Counsel, having heard from Defendant and defense counsel at a hearing on this date, and finding good cause,

IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Dennis Carroll, are permitted to withdraw as defense counsel in this matter upon appointment of new counsel from the CJA panel to represent the defendant.

DATED this 5th day of April, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING WITHDRAWAL AND
FOR SUBSTITUTION OF COUNSEL- 1
*USA v. Barbeau*/ CR15-391RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**