UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>**STIPULATED MOTION TO CONTINUE TRIAL**<br><br>Noted:  April 19, 2016 |

The defendant, Schuyler Barbeau, by and through his attorney, Walter Peale, and the United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully files this motion to continue.

On April 5, 2016, the Court permitted Dennis Carroll to withdraw as counsel.  On April 8, 2016, Walter O. Peale was appointed as counsel.  Trial is scheduled for May 2, 2016.

The parties agree that it is not reasonable for new counsel to prepare for trial within the current trial date.  The discovery consists of multiple hours of recordings, along with a number of documents.

Mr. Peale has a number of case conflicts.  He has a confirmed state case set for trial on May 2.  He has a number of short cases set that will take most of May and early

June. He has a homicide case set for trial on July 25 in Pierce County that is expected to last two to three weeks. He also has a separate case set for trial in Pierce County on September 14. Finally, he has an alleged shaken baby case set for trial on October 24 that is expected to last three weeks.

In light of these conflicts, and the scope of the underlying material in the case, the government requests that the case be set for a date in early October. The defense has no objection to early October except other State cases may not be finished. To avoid a conflict with defense State cases, the defense requests a trial setting in November or early December.

Mr. Peale has conferred with Mr. Barbeau and he is agreeable to a continuance until as late as December if needed. He has been advised of his Speedy Trial rights, and will execute a waiver, a copy of which will be filed this week.

DATED: April 19, 2016

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail: thomas.woods2@usdoj.gov

/s/ Walter O. Peale
WALTER O. PEALE
Attorney for defendant
15903 8th Ave, NE Seattle, WA 98155
Telephone: (206) 906-9112
Fax: (206) 453-4395
Email: walter.peale@pealelaw.net

Stipulated Motion to Continue Trial - 2
U.S. v. Barbeau, CR15-391RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on April 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: thomas.woods2@usdoj.gov

Stipulated Motion to Continue Trial - 3
U.S. v. Barbeau, CR15-391RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970