Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>　　　　　　Defendant. | NO. CR15-391RAJ<br><br>**DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE** |

　　　My attorney has advised me of my right under the Speedy ~~Trail Ace~~ *Trial Act*, 18 —SPB USC §3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reason for the continuance. A motion to continue the trial date has been filed. I ask this court to grant the motion and reset the trial from its current date of May 2, 2016 to a date no later than December 31, 2016 for the following reasons pursuant to 18 USC § 3161:

　　　The court has granted my request for a new attorney. My new attorney needs adequate time to prepare for trail. The current trial date does not allow for adequate time. It is in my best interest to allow my new attorney adequate time to learn the facts related to the accusation against me and issues related

Defendant's Speedy Trial Waiver 1

Peale Law Firm PLLC
15803 8th Ave NE
Shoreline, WA 98155
T. (206)906-9112 / F. (206)453-4395
walter.peale@pealelaw.net

1  to my defense. Because of my attorney's schedule, I understand the new trial
2  date may be set as late as December 31, 2016.
3       I understand that if the Court grants ~~grans~~ the motion to continue. All time
4  between the date the motion was filed and the new trial date will be excluded
5  from the speedy trial calculations pursuant to the Speedy Trial Act.
6       I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Schuyler Pyatte Barbeau
Defendant
Date: 4/26/19

I have read this form and discussed its contents with my client.

*[signature]*
Walter O. Peale
Attorney for Defendant
Date: 4/26/19

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is attorney of record for the Defendant and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on April 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

/s/   Walter O. Peale
Walter O. Peale
15803 8th Ave NE
Shoreline, WA 98155
T. (206)906-9112 / F. (206)453-4395
walter.peale@pealelaw.net

Defendant's Speedy Trial Waiver 2

Peale Law Firm PLLC
15803 8th Ave NE
Shoreline, WA 98155
T. (206)906-9112 / F. (206)453-4395
walter.peale@pealelaw.net