Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>SCHUYLER BARBEAU,<br><br>                Defendant. | NO. CR15-391RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

      THE COURT, having considered the defense motion, the opposition, and argument at the hearing held on October 7, 2016, HEREBY ORDERS as follows.

      In light of the circumstances that are presented, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. THE COURT also finds that the failure to grant a continuance of the trial date would deny Defendant the continuity of counsel. THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

      Accordingly, THE COURT ORDERS that Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #44) is GRANTED. The trial date in this matter is continued from November 7, 2016 to January 9, 2017 at 9:00 a.m.

Order Continuing/Barbeau.- 1
(15-391RAJ)

1    IT IS FURTHER ORDERED that the period of time from the date of this Order
2 until the new trial date of January 9, 2017, shall be excludable time pursuant to the
3 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
4    IT IS FURTHER ORDERED  that all pretrial motions shall be filed no later than
5 December 1, 2016.  The Court will hold a hearing on pretrial motions on December 15,
6 2016 at 9:00 a.m.
7    DATED this 14th day of October, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Continuing/Barbeau.- 2
(15-391RAJ)