Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR15-00391RAJ |
| Plaintiff,   ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| vs.   ) | MOTION TO PROCEED PRO SE |
| ) | |
| SCHUYLER P. BARBEAU,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

THIS MATTER comes before the Court on Defendant's Motion to Proceed Pro Se (Dkt. #64).  Having considered the motion, the Government's response, and having heard from defendant and his counsel at a hearing conducted on April 14, 2017,

IT IS ORDERED that Defendant's Motion to Proceed Pro Se (Dkt. #64) is GRANTED.  Defendant is permitted to proceed pro se.  Attorney Robert Gombiner is appointed as standby counsel for technical assistance only.

DATED this 17th day of April, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO PROCEED PRO SE - 1
(*Schuyler P. Barbeau*, CR15-00391RAJ)