The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>**GOVERNMENT'S EXHIBIT LIST** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, Todd Greenberg, Assistant United States Attorney for said District, and Jessica Manca, Special Assistant United States Attorney for said District, respectfully submits its list of exhibits that it intends to introduce in its case in chief.  The government reserves the right to supplement this list, and to introduce any exhibits listed by the defense on its exhibit list.

## 100 SERIES:  Physical Exhibits

100.   AR-15 5.56mm caliber assault rifle with a 10.5 inch barrel, a holographic sight, and a drop-in auto sear

101.   Motorola Droid Turbo smartphone (recovered from Barbeau's duffel bag)

102.   Motorola Droid RAZR smartphone (recovered from Barbeau's trailer)

Government's Exhibit List
*United States v. Barbeau*, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**200 SERIES:  Photographs**

200. Photograph 1 taken by OFM on October 17, 2015
201. Photograph 2 taken by OFM on October 17, 2015
202. Photograph of trailer exterior, taken on December 6, 2015
203. Photograph of trailer interior, taken on December 6, 2015
204. Photograph of seized .223 caliber ammunition, taken on December 6, 2015
205. Photo of seized magazines and other evidence, taken on December 6, 2015
206. Photograph 1 of Rifle (from Droid RAZR)
207. Photograph 2 of Rifle (from Droid RAZR)
208. Photograph 3 of Rifle (from Droid RAZR)
209. Photograph 4 of Rifle (from Droid RAZR)
210. Photograph 1 of Rifle on table (from Droid Turbo)
211. Photograph 2 of Rifle on table (from Droid Turbo)
212. Photo of recovered auto sear and .223 rounds, taken on December 7, 2015

**300 SERIES:  Recordings**

300. Redacted version of post-arrest interview of Barbeau, December 6, 2015
300A. Post-arrest interview of Barbeau, December 6, 2015 (full version)
301. Redacted version of recorded conversation, November 8, 2015
301A. Recorded conversation, November 8, 2015 (full version)
302. Redacted version of recorded call, November 20, 2015
302A. Recorded call, November 20, 2015, (full version)
303. Recorded call, December 5, 2015

**400 SERIES:  Facebook Records**

400. Facebook post, dated August 10, 2014
401. Facebook post, dated June 16, 2015
402. Facebook post, dated July 30, 2015
403. Facebook messages between OFM and Barbeau (10/30/15 – 12/4/15)

Government's Exhibit List
*United States v. Barbeau*, CR15-391RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**500 SERIES:  Other**

500. Transcript of redacted post-arrest interview of Barbeau (Ex. 300)
501. National Firearms Registration Record Search Certificate
502. ATF forensic examination photographs
503. Excerpts from pleading (Dkt. 84), filed by Barbeau on May 5, 2017
504. Timeline exhibit

DATED:  May 22, 2017

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-7970

*s/ Jessica Manca*
JESSICA MANCA
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-7970

Government's Exhibit List
*United States v. Barbeau*, CR15-391RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties. I hereby certify that I have served the defendant who is non CM/ECF participant via certified mail.

Schuyler barbeau, *pro se*
Federal Detention Center - SeaTac
Reg: 46153-086
P.O. Box 13900
Seattle, WA 98198-1090

*s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4345
E-mail: Salee.Porter@usdoj.gov

Government's Exhibit List
*United States v. Barbeau*, CR15-391RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970