The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCHUYLER PYATTE BARBEAU, <br><br> Defendant. | NO. CR15-391RAJ <br><br> **GOVERNMENT'S WITNESS LIST** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, Todd Greenberg, Assistant United States Attorney for said District, and Jessica Manca, Special Assistant United States Attorney for said District, respectfully submits its list of witness who it intends to call in its case in chief.  The government reserves the right to supplement this list, and to call any witnesses listed by the defense on its witness list.

1. FBI Special Agent Michael Baldino
2. FBI Special Agent Daniel Bennett
3. FBI Special Agent Timothy Diver
4. ATF Firearms and Explosives Specialist Rob Howard
5. ATF Firearms Enforcement Officer George Rogers

Government's Witness List
*United States v. Barbeau*, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |    |                                                   |
|---|----|---------------------------------------------------|
| 1 | 6. | FBI Special Agent Kera O'Reilly                   |
| 2 | 7. | FBI Forensic Examiner John Powers                 |
| 3 | 8. | OFM (full name disclosed to the defendant)        |

DATED: May 22, 2017

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970


*s/ Jessica Manca*
JESSICA MANCA
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970

Government's Witness List
*United States v. Barbeau*, CR15-391RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.  I hereby certify that I have served the defendant who is non CM/ECF participant via certified mail.

    Schuyler barbeau, *pro se*
    Federal Detention Center - SeaTac
    Reg:  46153-086
    P.O. Box 13900
    Seattle, WA  98198-1090

*s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-4345
E-mail:  Salee.Porter@usdoj.gov

Government's Witness List
*United States v. Barbeau*, CR15-391RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970