# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT of WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO: CR15-391RAJ |
| | ) |
| vs. | ) MOTION FOR 60 DAY |
| | ) CONTINUANCE BASED ON |
| SCHUYLER P. BARBEAU, pro se, | ) NEWLY DISCOVERED |
| | ) EVIDENCE |
| Defendant. | ) |

NOW COMES, SCHUYLER P. BARBEAU, Defendant, pro se, and moves this Honorable Court to grant this MOTION FOR 60 DAY CONTINUANCE BASED ON NEWLY DISCOVERED EVIDENCE for the following reasons:

1) Mr. Barbeau requested copies of Discovery for his case from the Government that he had not received throughout his 18 month detainment at the FDC. The Government provided the requested Discovery on May 24, 2017 wherein Mr. Barbeau and his paralegal went through the Discovery together at the FDC.

Mr. Barbeau found in the Grand Jury transcripts in the testimony of F.B.I. Agent Daniel Bennett that he perjured himself. Mr. Barbeau realizes that making this allegation

Motion for 60 Day Continuance - 1

FDC SEATAC #46153-086
P.O. BOX 13900
SEATTLE, WA 98198

is serious yet Mr. Barbeau can prove to this Court that Agent Daniel Bennett did in fact perjure himself to the Grand Jury in the case a bar.

Mr. Barbeau needs time to research the law, prepare and file documents for this Court in order for Mr. Barbeau to have a fair trial with Due Process.

2) At the Pre-trial and Motion hearing held on May 24, 2017, this Court heard arguments on Mr. Barbeau's Motion to Compel Production of Nevada Discovery regarding Ammon Bundy, et al., Case No: 3:16-CR-0051-BR. The Government explained to this Court that they had spoken to the investigating F.B.I. Agents in Nevada and they were sure that no recording of an interview took place with Mr. Barbeau with an F.B.I. undercover Production Company that would hold any relevance to his case.

On June 1, 2017, the Government gave Mr. Barbeau's standby counsel a Discovery disk of a three hour interview with Mr. Barbeau from the undercover Production Company.

In listening to a portion of the interview with his standby counsel, Mr. Barbeau is certain that he can use the interview recording for his defense yet he needs time to have the recording properly transcribed, research case law, prepare and file documents to this court in order for Mr. Barbeau to have a fair trial with Due Process.

For the aforementioned reasons, Mr. Barbeau urges this Honorable Court to grant this MOTION FOR 60 DAY CONTINUANCE BASED ON NEWLY DISCOVERED EVIDENCE.

So Signed this 2nd day of June, 2017 with a copy served to the ASUA via U.S.

Motion for 60 Day Continuance - 2

FDC SEATAC #46153-086
P.O. BOX 13900
SEATTLE, WA 98198

mail sent June 2, 2017 under the mandates of **HAINES v KERNER**, 92 Sct 595, "Allegations of pro se complaint are held to less stringent standards as lawyers…"

Respectfully Submitted,

_____Schuyler P. Barbeau_____
FDC SEATAC
#46153-086
P.O. BOX 13900
SEATTLE, WA 98198

_____
s/Carrie Aenk - Court Appointed Paralegal

Motion to Compel - Nevada - 3